JUDGE BATTS

LOCKE LORD BISSELL & LIDDELL LLP
885 Third Avenue, 26th Floor
New York, New York 10022
(212) 947-4700
Attorneys for Defendants
Siméus Foods International, Inc.,
Siméus Holdings, Inc.,
PTF Acquisition Corp. and
Siméus Foods International – Forest City

08 CV 7162

**UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------------X
D.B. ZWIRN SPECIAL OPPORTUNITIES FUND
L.P. in its capacity as Administrative Agent,

                     Plaintiff,

-against-

SIMÉUS FOODS INTERNATIONAL, INC.,
SIMÉUS HOLDINGS, INC., PTF ACQUISITION
CORP., AND SIMÉUS FOODS INTERNATIONAL -
FOREST CITY, INC.

                     Defendants.
------------------------------------------------------------------X

08 Civ. _____

**FED. R. CIV. P. 7.1
DISCLOSURE**

RECEIVED
AUG 11 2008
U.S.D.C. S.D.N.Y.
CASHIERS

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, defendants Siméus Foods International, Inc., Siméus Holdings, Inc., PTF Acquisition Corp. and Siméus Foods International – Forest City by their undersigned attorneys, Locke Lord Bissell & Liddell LLP, state that:

    1.    Simeus Holdings, Inc. is privately held;

    2.    Simeus Holdings, Inc. is the parent company of PTF Acquisition Corp.;

    3.    PTF Acquisition Corp. is the parent company of Siméus Foods International, Inc.;

    4.    Siméus Foods International, Inc. is the parent company of Siméus Foods International – Forest City;

5.  None of these entities are publicly traded.

Dated: August 11, 2008

                                   LOCKE LORD BISSELL &
                                   LIDDELL LLP

                                   */s/ R. James DeRose, III*

                                   R. James DeRose, III (RD 9660)
                                   LOCKE LORD BISSELL &
                                   LIDDELL LLP
                                   885 Third Avenue
                                   New York, New York 10022
                                   (212) 947-4700

                                   Of Counsel:
                                   LOCKE LORD BISSELL &
                                   LIDDELL LLP
                                   Jack E. Jacobsen
                                   Robert T. Mowrey
                                   Jason L. Sanders
                                   2200 Ross Avenue Suite 2200
                                   Dallas, Texas 75201
                                   (214) 740-8000

                                   *Attorneys for Siméus Foods Int'l, Inc.,*
                                   *Siméus Holdings, Inc.,*
                                   *PTF Acquisition Corp. and*
                                   *Siméus Foods International – Forest City*