UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
D.B. ZWIRN SPECIAL OPPORTUNITIES FUND,:
L.P., in its capacity as Administrative Agent,

               Plaintiff,

vs.                               :   Index No. 08cv7162

SIMÉUS FOODS INTERNATIONAL, INC.,
SIMÉUS HOLDINGS, INC., PTF ACQUISITION
CORP., and SIMÉUS FOODS INTERNATIONAL :
– FOREST CITY, INC.

               Defendants.

------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                            SS.:
COUNTY OF NEW YORK  )

I, Gerry M. O'Leary, being duly sworn, deposes and says:

I am not a party to the within action, I am over 18 years of age, and am a Paralegal for attorneys, LOCKE LORD BISSELL & LIDDELL LLP, attorneys for the Defendants in the above-captioned action.

Gerry M. O'Leary certifies and declares under penalty of perjury pursuant to 28 U.S.C. § 1746 that on August 12, 2008, he served by Hand Delivery the **NOTICE OF REMOVAL** and **FRCP 7.1 DISCLOSURE** on the following counsel:

               George Royle, Esq.
               LATHAM & WATKINS
               885 Third Avenue
               New York, NY 10022

                               _____
                                   Gerry O'Leary

SWORN TO BEFORE ME THIS
12th day of August, 2008.

_____
R. JAMES DE ROSE, III, ESQ.
Notary Public, State of New York
No. 02DE6144289
Qualified in Bronx County
Commission Expires April 24, 2010