USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/21/2008

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

D.B. ZWIRN SPECIAL OPPORTUNITIES FUND L.P., in its capacity as Administrative Agent,

No. 08 CIV. 7162 (DAB)

Plaintiff,

-against-

SIMÉUS FOODS INTERNATIONAL, INC., SIMÉUS HOLDINGS, INC., PTF ACQUISITION CORP., AND SIMÉUS FOODS INTERNATIONAL - FOREST CITY, INC.,

Defendants.

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED, by counsel for the parties, that the time by which defendants Siméus Foods International, Inc., Siméus Holdings, Inc., PTF Acquisition Corp., and Siméus Foods International – Forest City, Inc. ("Siméus") must move against, answer or otherwise respond to the complaint is hereby extended to and through August 25, 2008. This Stipulation is without prejudice to Plaintiff's right, if any, to move to remand this matter.

Dated: New York, New York
       August 18, 2008

LATHAM & WATKINS LLP

By: _____
    George Royle V

    885 Third Avenue
    Suite 1000
    New York, New York 10022
    (212) 906-1200

*Attorneys for Plaintiff D.B. Zwirn Special Opportunities Fund, L.P., in its capacity as Administrative Agent*

LOCKE LORD BISSELL & LIDDELL LLP

By: _____
    R. James DeRose, III

    885 Third Avenue
    New York, New York 10022
    (212) 947-4700

*Attorneys for Siméus Foods International, Inc., Siméus Holdings, Inc., PTF Acquisition Corp., and Siméus Foods International – Forest City, Inc.*

SO ORDERED:

Deborah A. Batts
United States District Court Judge    8/21/2008